```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

ANTHONY CLARK,
           Plaintiff,

      v.                        Civil Action No. 10-10853-DPW

LISA JOHNSON, ET AL.,
           Defendants.

## MEMORANDUM AND ORDER FOR DISMISSAL
July 9, 2010

WOODLOCK, D.J.

On June 1, 2010, I issued a Memorandum and Order issued (Docket No. 4) directing plaintiff Anthony Clark ("Clark") to demonstrate good cause within 35 days why this action should not be dismissed for the reasons therein, or to file an Amended Complaint curing the pleading deficiencies.

To date, Clark has failed to file any response to the Memorandum and Order as directed, and the time period for doing so has expired.

Accordingly, for the failure of Clark to comply with the directives of this Court, and for the reasons set forth in the prior Memorandum and Order outlining the legal impediments to Clark's claims, it is hereby Ordered that this action is <u>DISMISSED</u> in its entirety.

SO ORDERED.

                                        <u>/s/ Douglas P. Woodlock</u>
                                        UNITED STATES DISTRICT JUDGE